*In re* MILTON J. RÚA CABRER.

*Número:* TS-4441          *Resuelto:* 20 de abril de 2001

*Harry Anduze Montaño*, abogado de la parte peticionaria; *Belén Guerrero Calderón*, Presidenta de la Comisión de Reputación para el Ejercicio de la Abogacía; *Gustavo A. Gelpí, Procurador General, Luisa Virginia Fuster Berlingeri y Cynthia Iglesias Quiñones, Procuradoras Generales Auxiliares.*

## RESOLUCIÓN

Examinado el Informe de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía de 5 de marzo de 2001 y todos los documentos presentados en este caso, *se ordena la reinstalación del Sr. Milton J. Rúa Cabrer al ejercicio de la abogacía.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Naveira de Rodón no interviene. El Juez Asociado Señor Hernández Denton se inhibió.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*